| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/22/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| RICARDO A MURILLO<br>1569 SOUTH 231ST LANE<br>BUCKEYE, AZ 85326 | SANDRA L MURILLO<br>1569 SOUTH 231ST LANE<br>BUCKEYE, AZ 85326 |
| Case Number:<br>2:10−bk−19469−RTB | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6102<br>xxx−xx−0450 |
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number: 623−939−6546 | Bankruptcy Trustee (name and address):<br>JILL H. FORD<br>PO BOX 5845<br>CAREFREE, AZ 85377<br>Telephone number: 480−575−8250 |

## Meeting of Creditors

Date: **July 29, 2010**  Time: **10:30 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/27/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 6/25/10 |

| | | |
|---|---|---|
| | **EXPLANATIONS** | **B9A (Official Form 9A) (12/07)** |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |
| **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** | | |
| Refer to Other Side for Important Deadlines and Notices | | |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: gantj              Page 1 of 1              Date Rcvd: Jun 25, 2010
Case: 10-19469                 Form ID: b9a             Total Noticed: 16

The following entities were noticed by first class mail on Jun 27, 2010.
db/jdb     +RICARDO A MURILLO,   SANDRA L MURILLO,   1569 SOUTH 231ST LANE,   BUCKEYE, AZ 85326-4056
aty         JOSEPH W. CHARLES,   LAW OFFICES OF JOSEPH W. CHARLES, P.C.,   PO BOX 1737,
             GLENDALE, AZ  85311-1737
9361283     AMERICAN CORADIUS INTERNATIONAL,    P. O. Box 505,   Linden MI 48451-0505
9361286    +CHASE AUTO FINANCE CORPORATION,    4900 Memorial Highway, Floor 2,   Tampa FL 33634-7536
9361288    +CITICORP,   P. O. Box 371453,   Pittsburgh PA 15250-7453
9361289     GMAC MORTGAGE,   P. O.Box 79135,   Phoenix AZ 85062-9135
9361290     HARRIS M.A.,   P. O.Box 543,   Rolling Meadows IL 60008
9361291     HOME DEPOT CREDIT SERVICES,    P. O. Box 182676,   Columbus OH 43218-2676
9361292     LEADING EDGE RECOVERY SOLUTIONS,    P. O. Box 505,   Linden MI 48451-0505
9361293    +SUNDANCE RESIDENTIAL HOMEOWNERS ASSOC.,    c/o DSC, Attorneys at Law,   1130 East Missouri Avenue,
             Phoenix AZ 85014-2718

The following entities were noticed by electronic transmission on Jun 25, 2010.
tr         +EDI: BJHFORD.COM Jun 25 2010 18:48:00      JILL H. FORD,   PO BOX 5845,   CAREFREE, AZ 85377-5845
smg         EDI: AZDEPREV.COM Jun 25 2010 18:53:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
9361284     EDI: BANKAMER.COM Jun 25 2010 18:48:00      BANK OF AMERICA,   P. O. Box 301200,
             Los Angeles CA 90030-1200
9361285     EDI: CAPITALONE.COM Jun 25 2010 18:48:00      CAPITAL ONE BANK (USA) NA,   P. O. Box 60599,
             City of Industry CA 91716-0599
9361287     EDI: CHASE.COM Jun 25 2010 18:48:00      CHASE CARDMEMBER SERVICES,   P. O. Box 94014,
             Palatine IL 60094-4014
9361294     EDI: WFFC.COM Jun 25 2010 18:53:00      WELLS FARGO CARD SERVICES,   P. O. Box 30086,
             Los Angeles CA 90030-0086
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2010                    Signature:  _Joseph Speetjens_